### 4639. RUSSELL *v.* THE STATE.

HILL, C. J. 1. On the trial of one charged with a violation of the act of 1910 as to carrying a pistol without a license (Acts 1910, p. 134), the State makes out a prima facie case of guilt when it proves that the accused carried a pistol on his person, or had manual possession of a pistol, not at his home or place of business. The burden is on the accused to show that he had a license as required by the act, or to show that he was within a class to which the act does not apply. *Blocker* v. *State,* ante, 81 (76 S. E. 784).

2. No error of law appears, and the verdict is supported by the evidence.

*Judgment affirmed.*

DECIDED APRIL 2, 1913.

Indictment for carrying pistol without license; from Hart superior court—Judge Meadow. December 21, 1912.

*A. A. McCurry, W. L. Hodges,* for plaintiff in error.
*Thomas J. Brown, solicitor-general,* contra.